United States District Court
For the District of Columbia

**FILED**

APR 0 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny M. Autry Jr., # 21652·056
(Plaintiff)        USP· Tucson

Vs.              POB 24550
Tucson, AZ 85739

United States of America,
    and
Bureau of P risons,
    (Defendant(s))

Case: 1:08-cv-00605
Assigned To : Lamberth, Royce C.
Assign. Date : 4/9/2008
Description: Pro Se Gen. Civil

JURY ACTION

"Jury Trial Demanded"

## Federal Tort Claim Action as a Complaint

### I. Jurisdiction and Venue

1. This is a Federal Tort Claim Civil action authorized by 42 USC 1983 of rights secured by the United States Constitution, under color of law, to redess deprivation. This honorable court has jurisdiction under 28 USC 1331 and 1343 (a)(3).Plaintiff seeks declaratory relief pursuant to 28USC 2201 and 2202.

2. The District of Columbia is an appropriate venue under 28 USC 1391(b)(2) because itis where the event giving rise to this claim occurred.

### II. Plaintiff

3. Plaintiff, Johnny M. Autry Jr., is and was at all times menti- oned herein a prisoner of the Bureau of Prisons which is and/or was incharge of Federal Correctional Institution, Butner-2, in the state of North - Carolina, when alleged complaint happen. He is currectly in United States- Penitentiary Tucson in Tucson, Arizona, which is ran by the Bureau of Pri- sons.

### III. Defendant(s)

4. Defendant(s), United States of America and Bureau of Prisons is the ones incharge of Butner FCI-2 of the state of North Carolina. They are legally responsible for the overall operation of the Butner FCI-2 and under its jurisdiction.

5. Each Defendant is being sued individually and in their offic- ial capacity. At all Times mentioned in this complaint each defendant acted under the color of law.

### IV. Fact(s)

6. Plaintiff was placed into Shu (Special Housing Unit), on March 29,2007. Plaintiff's personal property was then packed, secured and inventoried by the Unit Correctional Officer and sent to Shu.

**RECEIVED**

MAR 2 4 2008

Clerk, U.S. District and
Bankruptcy Courts

pg 1 of 4

1

7. On April 3,2007, The plaintiff was able to inventory his property while in SHU property. At this time a BP-383 inmate property inventory form was signed by the plaintiff and the property Officer which states agreement that all the inmates property is accounted for and is being stored in SHU's property room storage until the inmate is released. I watch as my property was placed in 4 separate bins which numbers of assigned bins were printed on the BP-383 form, 70, 71,72,and 73.  Please see"Exhidit A."

8. The plaintiff signed the property form at this time and date of April 3,2007 as did the property Officer (Harden).

9. At the time the plaintiff signed the property form(BP-383), all 4 bins were there and all property present. See "Exhibit A".

10.  Then on July 6,2007 the new SHU PROPERTY OFFICER J. Salinas allowed plaintiff to reinventory his property, as Officer J. Salinas does to all inmates when he is assigned duty to property handling.

11. At this time property Officer J. Salinas could not locate the SHU's master copy BP-383 Form for the plaintiff's property which is suppose to be filed in property form filing.

12. Theplaintiff was then taken back to his cell to retreive his BP-383 copy which proves his property has been stored in SHU's property room.

13. After returning with the form Officer J. Salinas was only able to locate 2 of the 4 bins listed which held the plaintiff's property. A search was made but no bins holding the plaintiff's property was found.

14. After viewing the two bins of property I told Officer J. Salinas that this was not all property stored. Officer then compared the property in the 2 bins to the BP-383 form in which he then agreed property was in deed missing and advised me to file a Tort Claim.

15. The SHU Lt. Gregory was notified concerning this issue in which he viewed the property form and property and also advised me to file a Tort Claim do to all the property missing.

16. The plaintiff filed a Federal Tort Claim on July 17,2007 as directed by the Property Officer J. Salinas and SHU Lt. Gregory. See "Exhibit B".

17. Over half of my property was clearly missing, which was clearly caused by the wrongful acts of Property Officer (Harden).

18. The plaintiff made a list and documented exactly what was in fact missing and/or lost property that only the property officer has access to. See "Exhibit C".

19. To show and prove the actual property the plaintiff had left because of the acts and omissions herein caused by the property officer's negligence of loosing plaintiff's property, he shows the property form BP-383 for upon his transfer from FCI Butner-2 a new property had to made do to the original filled out on March 29,2007 has been lost upon filing. See "Exhibit D".

20. Even though the plaintiff filed and proved beyond a reasonable doubt that the only way for the plaintiff's property to come up missing, is caused by negligence, omission, and wrongful act of a Bureau of Prisons

## V. Exhaustion of Legal Remedies

21. Plaintiff, Johnny M. Autry Jr., used the only remedies offered
for this said type complaint. He did in fact file a Tort Claim for missing
property on 7-17-07 and present the facts to this complaint and did in fact
attempt to resolve the missing property and solve the problem.

22. On 1-24-08 plaintiff, Johnny M. Autry Jr., was sent a response
saying that the grievance had been denied. Plaintiff filed this type com-
plaint soon afterwards as instruted to do by the denied Tort Claim response
More specifically, the denial states, "If you are dissatisfied with this
determination, you may file suit in an appropriate United States District
Court not later than six(6) months after the date of this notification.
See "Exhibit E".

23. This is exactly what the plaintiff is doing as outlined by law
available unto him.

## VI. Legal Claims

24. Plaintiff realleges and incorporates by reference paragraghs
1-23.

25. The loss and/or missing personal property, such as, irrplaceable
family photos, wedding band, etc. and/or including, but unlimited to pers-
onal books, religious books, legal paperwork and document(s), letters,
magazines, stamps, etc. etc. as shown in Exhibit C, constituded deliberate
indifference, excessive punishment, unwanton punishment, denial of access
to property,etc. violated plaintiff, Johnny M. Autry Jr.'s, rights and
constituted cruel and unusual punishment, due process violations, Freedom
of speech,Religion, etc. under the 1st., 4th., 8th., and 14th Amendments
to the United States Constitution.

26. The plaintiff has no plain, adequate, or compleate remedy at law
to redree the wrongs described herein. Plaintiff has been and will continue
to be irreparably injured by the conduct of the defendant(s) unless the
courts grants the declaratory and reliefs which plaintiff seeks.

## VII. Prayers for Relief

27.  WHEREFORE, plaintiff respectfully prays that this honorable
court enter judgement granting plaintiff:

28. A declaration that the acts and omissions descrides herein viol-
ated plaintiff's rights under the constitution and laws of the United Stat-
es.

29.Compensatory damages in the amount of $3,000.00 against each
defendant, jointly and severally.

30. Punitive damages in the amount of $2,000.00 each defendant.

31. In the excess of $3,100.56 for the total of missing property.

32. A jury trial on all issues triable by jury.

33. Plaintiff's costs in this suit.

35. Any additional relief this court deems just, proper and equit-
able.

Signed this _4th_ day of _March_ , 2008.

Respectfully Submitted

_Johnny M. Autry Jr._
Johnny M. Autry Jr.
Plaintiff as Pro Se Litigant
21652-056
United States Penitentiary
P.O. BOX 24550
Tucson, Arizona  85734-4550

Verification

I have read the forgoing complaint and hereby verify that the matt-
ers alleged therein are true,except as to matters alleged on information
and belief, and as to those, I believe them to be true. I certify under
penalty of perjury that the forgoing is true and correct to the best of
my ability and knowledge.

Executed on: _March 4th_ ,2008.

_Johnny M. Autry Jr._
Johnny M. Autry Jr.
Plaintiff as Pro Se Litigant

# Exhibit A

*10, 11, 12, 13*

U.S. Department of Justice

Federal Bureau of Prisons

**Inmate Personal Property Record—**

**Institution:** _FCI II_

| 1. Name: _Autry, Johnny_ | 2. Register Number: _21652-056_ | 3. Unit: _D-C_ | 4. Date and Time of Inventory _5-24-04_ |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: _____

a.___ Admission   b.___ Hospital   c.___ Writ   d.___ Transfer   e._X_ Detention   f.___ Release   g.___ Incoming package   h.___ Other (specify)

6. Disposition (Disp.)
D – Donated   M – Mail   S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| 17 | Hat | |
| 9 | Batteries | 5 |
| | Belt | |
| | Billfold | |
| 2 | Books, reading | 5 |
| | hard___, soft ✓ | |
| 3 | Books, religious | 5 |
| | hard___, soft ✓ | |
| | Brassiere | |
| 1 | Cap, Hat | 5 |
| | Coat | |
| | Coins | |
| 1 | Comb | |
| 1 | Combination lock | 5 |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| 2 | Gloves | 5 |
| | Hair brush/pick | |
| | Handkerchief | |
| | Jacket | |
| | Jogging suit | |
| 30 | Legal Materials | 5 |
| 5 | Letters | 5 |
| 4 | Magazines | 5 |
| 1 | Mirror | 5 |
| 1 | Nail Clippers | 5 |
| | Pant/slacks | |
| 2 | Pen, ballpoint | 5 |
| | Pencils | |
| | Personal papers | |
| 1 | Photo album | 5 |
| 20 | Photos | 5 |

| # | Article | Disp. |
|---|---|---|
| 2 | Plastic spoon, cup | 5 |
| | Playing cards | |
| | Purse | |
| 1 | Radio (w/earplug) | 5 |
| 1 | Religious medals | 5 |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| 1 | Shoes, shower _Nike Brown_ | 5 |
| 1 | Shoes, slippers | 5 |
| 1 | Shoes, tennis | 5 |
| 1 | Shorts | 5 |
| | Skirt | |
| | Slip | |
| | Social security card | |
| 14 | Socks | |
| | Socks, athletic | 5 |
| 60 | Stamps | 5 |
| | Stockings | |
| 1 | Sunglasses | 5 |
| | Sweater | |
| 1 | Sweat pants | 5 |
| 3 | Sweat shirt | 5 |
| | Trophy | |
| 8 | T-Shirts | 5 |
| 4 | Underwear | 5 |
| 1 | Watch/watch band _Iron Man_ | 5 |
| | Wig | |
| 1 | Ross Photo _Head_ 8oz | 5 |
| 1 | Sketcher Boots | 5 |
| 1 | WH/SIL Nike Shoe | 5 |
| 1 | Air One Nike Shoe | 5 |
| 8 | Gel Support stuckets | 5 |
| 3 | Tank Top Shirts | 5 |
| 6 | Magnetics | 5 |
| 2 | Contr + Shoe Soles | 5 |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| | Dentures | |
| 6 | Deodorant _Degree_ | 5 |
| | Hair oil | |
| 3 | Noxzema | 5 |
| | Powder | |
| 1 | Razor _Gillette_ | 5 |
| 3 | Razor blades _New Pks_ | 5 |
| 3 | Shampoo _Pantene Pro/V_ | 5 |
| 4 | Shaving cream | 5 |
| 7 | Skin lotion | 5 |
| 9 | Soap | 5 |
| 1 | Soap dish | 5 |
| 6 | Toothbrush | 5 |
| 6 | Toothpaste _Crest_ | 5 |
| 2 | Acne Cream | 5 |
| 4 | After Shave | 5 |
| 4 | CVS Tide Detergent | 5 |
| 4 | CVS Fabric Softer | 5 |
| 1 | Gym Bag | 5 |
| 2 | Beard Trimmers | 5 |
| 3 | Disposable Razors | 5 |
| 5 | CVS Shampoo | 5 |

**c. Hobbycraft**

| # | Article | Disp. |
|---|---|---|
| 1 | Gold Wedding Band | 5 |
| 1 | Gold Chain / Cross | 5 |
| 1 | Forbus Ear Set | 5 |
| 2 | Tree Pics | 5 |
| 1 | Sony Ditional Radio | 5 |
| 1 | Ross Radio | 5 |
| 1 | Wrist Wrap Gloves | 5 |

**d. Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| | Cigars, snuff | |
| | Coffeemate | |
| 22 | Cold drink mix _soup_ | 5 |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| | Instant coffee | |
| | Instant tea | |
| | Pipe cleaner/filters | |
| | Pipes | |
| 6 | Velveeta Cheese | 5 |
| 8 | Beef Sausage | 5 |
| 11 | Pks Rice | 5 |
| 8 | Pks Spicy Beef | 5 |
| 8 | CVS Swiss Rolls | 5 |
| 8 | CVS Oatmeal pies | 5 |
| 24 | Ramen Soup's | 5 |
| 1 | Jar Peppers | 5 |
| 9 | Flour Tortillas | 5 |
| 4 | Pizza Kits | 5 |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00

Description of Property | Value Alleged by Inmate

| ☒ | No individual item over $100.00 |
|---|---|

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing of all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states there is missing or damaged property, this information should be noted under Comments. Comments

Printed Name/Signature of Receiving Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate: _____ Reg. No.: _____ Date: _____ Time: _____

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states there is missing or damaged property, this information should be noted under Comments. Comments

Printed Name/Signature of Releasing Officer: _____ Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

USP LVN

BP-383(58)
October 1982

Exhibit

B

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code)

*Johnny Mac Autry Jr.* #21652-056
FCI-II med.
P.O. Box 1500
Butner, NC 27509 |
|---|---|

| 3. TYPE OF EMPLOYMENT
☐ MILITARY  ☐ CIVILIAN | 4. DATE OF BIRTH
7-17-76 | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT
Between March 29, 07 - July 6, 07 | 7. TIME (A.M. OR P.M.)
Unknown |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Was placed in SHU on March 29, 07, reviewed property on April 3, 07, at this time I signed and was given a copy of property form by officer Harden. On July 6, 07 property officer J. Salinas asked me to go through my property, at this time it was found only partial of my property could be found. Officer Salinas asked to see my copy of property form. After going through property, matching it to copy of property, we listed all items missing. SHU LT. Gregory was notified, at this time he and officer Salinas made another search of property storage room again no other property could be found nor property officers copy of property sheet. (See Copies attached)

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

*Johnny Mac Autry Jr.  (Same As Above)*

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.) Property was placed in SHU storage room for all property belonging to housed inmates, no where abouts of property is known.
(Clothes, Shoes, Food, Wedding Band, Necklace, Hygiene items, Personal items,

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| J. Salinas (Property Officer)
LT. Gregory (SHU LT.) | FCI-II med.
P.O. Box 1500
Butner, NC 27509 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| Lost | | | $3,100.56 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.)
*Johnny Mac Autry Jr.* | 13b. Phone number of signatory | 14. DATE OF CLAIM
7-17-07 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM
The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS
Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |
|---|---|

95-109
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**INSTRUCTIONS**

**Complete all items - Insert the word NONE where applicable**

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

*(b)* In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

| to | and to the |
|---|---|
| Director, Torts Branch<br>Civil Division<br>U.S. Department of Justice<br>Washington, DC 20530 | Office of Management and Budget<br>Paperwork Reduction Project (1105-0008)<br>Washington, DC 20503 |

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number. ☐ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☐ No

# Exhibit C

All Items listed are Missing

J. Autay
7-17-07

| # of Items | Items | Prices | Total |
|---|---|---|---|
| 5 | Magazines | 6.99 ea. | 34.95 |
| 1 | Nail Clipper | .85 | .85 |
| 4 | Pens (pks of 2) | 1.90 ea. | 3.80 |
| 1 | Photo Album | 10.40 | 10.40 |
| 1 | Sony Ditigal Radio | 39.50 | 39.50 |
| 1 | Gold Necklace w/Cross | 100.00 | 100.00 |
| 1 | Gold Wedding Band | Priceless | 1,000.00 |
| 1 | Nike Tennis Shoes | 62.50 | 62.50 |
| 1 | Sketcher Boot | 60.00 | 60.00 |
| 7 (pairs) | Shorts | 18.85 ea. | 131.95 |
| 14 (7 sets) | Socks (pks of 3) | 4.35 ea. | 9.78 |
| 20 | Stamps (1 bk) | 8.40 | 8.40 |
| 1 | Sunglasses | 20.00 | 20.00 |
| 2 | Sweatpants | 19.10 ea. | 38.20 |
| 3 | Sweat Shirts | 15.50 ea. | 46.50 |
| 8 | T-Shirts | 5.60 ea. | 44.80 |
| 8 | Underwears (pks of 3) | 12.50 ea. | 26.50 |
| 1 | Watch (Iron Man) | 36.20 | 36.20 |
| 1 | Koss Port-A-Pro Headphones | 45.05 | 45.05 |
| 2 (sets) | Gel Shoe Soles | 15.00 ea. set | 30.00 |
| 8 | Tank Top Shirts (pks of 2 Under Shirts) | 12.00 ea. | 48.00 |
| 6 | Deodorant (Degree) | 3.45 ea. | 20.70 |
| 3 | Noxzema | 2.10 ea. | 6.30 |
| 1 | Gillette Razor | 7.35 | 7.35 |
| 3 (pks) | Razor Blades (new pks) | 4.35 ea. pk | 13.05 |
| 4 | Shampoo (Pro V.) | 5.80 ea. | 23.20 |
| 2 | Shaving lotion | 3.10 ea. | 6.20 |
| 2 | After Shave | 1.35 ea. | 2.70 |

All Items listed are Missing

J. Autry
7-17-07

| # of Items | Items | Prices | Total |
|---|---|---|---|
| 10 | Soap (IVORY pkg of 4) | 2.80 ea. pk | 7.00 |
| 2 | Toothbrush | 1.00 ea. | 2.00 |
| 6 | Toothpaste (Crest) | 3.45 ea. | 20.70 |
| 1 | Acne Cream | 2.40 ea. | 2.40 |
| 3 | TIDE Detergent | 5.80 ea. Box | 17.40 |
| 3 | Fabric Softner | 3.70 ea. Box | 11.10 |
| 1 | Gym Bag | 9.10 | 9.10 |
| 1 | Ear Bug Head set | 6.10 | 6.10 |
| 1 | Beard Trimmer | 28.00 | 28.00 |
| 1 | Tweezer | .60 | .60 |
| 1 | Wrist Wrap Gloves | 15.60 | 15.60 |
| 12 | Soda's | .70 ea. | 8.40 |
| 6 | Velvette Cheese (pks) | 2.75 ea. | 16.50 |
| 8 | Beef Summer Sausage (pks) | 1.85 ea. | 14.60 |
| 11 | Rice (pks) | .90 ea. | 9.90 |
| 5 | Swiss Rolls (Boxes) | 1.19 ea. | 5.95 |
| 4 | Oatmeal pies (Boxes) | 1.19 ea. | 4.76 |
| 22 | Romen Soups (pks) | .20 ea | 4.40 |
| 4 | Jar Peppers | 1.90 ea. | 7.60 |
| 8 | Flour Tortillas (pks) | 1.10 ea. | 8.80 |
| 4 | Pizza Kits | 3.20 ea. KIT | 12.80 |
| 20 | Photo's | Priceless | 1,000.00 |
| | Complete Total — | $3,100.56 | |

Items listed were removed from property
by SIS Officer Thorton, Items <u>are not</u> listed
as missing!

1 Koss Radio
1 Koss Port-A-Pro Head Phones
40 Stamps
? AAA Batteries
? AA Batteries
1 Bread Trimmer

J. Auten
7-17-07

# Exhibit

# D

U.S. Department of Justice
Federal Bureau of Prisons

**Inmate Personal Property Record**
Institution: _BTF_

| 1. Name: Autry, Johnny | 2. Register Number: 21652-056 | 3. Unit: DC 911 | 4. Date and Time of Inventory: 7-23-07 910 |
|---|---|---|---|

5. Purpose of Inventory (check one that applies): Date and Time of Action: 7-23-07 911
a.__ Admission   b.__ Hospital   c.__ Writ   d._X_ Transfer   e.__ Detention   f.__ Release
g.__ Incoming package   h.__ Other (specify)

6. Disposition (Disp.)
D – Donated   M – Mail   S – Storage
K – Keep in Possession
C – Contraband (Attach BP-Record-102)

7. Type of Property:

**a. Personally Owned Items**

| # | Article | Disp. |
|---|---|---|
| 2 | Batteries [BACK] | M |
| | Belt | |
| | Billfold | |
| # | Books, reading hard__, soft__ | M |
| | Books, religious hard__, soft 1 | M |
| 1 | Brassiere | M |
| 1 | Cap, Hat White | M |
| | Coat | |
| | Coins | |
| | Comb | |
| | Combination lock | |
| | Dress | |
| | Driver's license | |
| | Earplugs | |
| | Eyeglass case | |
| | Eyeglasses | |
| 2 | Gloves | M |
| | Hair brush/pick | |
| | Handkerchief | |
| | Jacket | |
| 1 | Jogging suit | M |
| 1 | Legal Materials | M |
| 1c | Letters | M |
| | Magazines | |
| | Mirror | |
| | Nail Clippers | |
| | Pant/slacks | |
| | Pen, ballpoint | |
| | Pencils | |
| | Personal papers | |
| | Photo album | |
| | Photos | |

**b. Hygiene, etc.**

| # | Article | Disp. |
|---|---|---|
| | Plastic spoon, cup | |
| | Playing cards | |
| 1 | Purse soap | |
| 1 | Radio (w/earplug) | M |
| | Religious medals | |
| | Ring | |
| | Shirt/blouse | |
| | Shoes | |
| 1 | Shoes, shower | M |
| | Shoes, slippers | |
| 1 | Shoes, tennis Nike | M |
| | Shorts | |
| | Skirt | |
| | Slip | |
| | Social security card | |
| 1 | Socks | M |
| | Socks, athletic | |
| | Stamps | |
| | Stockings | |
| | Sunglasses | |
| 1 | Sweater | M |
| 1 | Sweat pants grey | M |
| | Sweat shirt | |
| | Trophy | |
| | T-Shirts | |
| | Underwear | |
| | Watch/watch band | |
| | Wig | |
| | insoles | M |
| 1 | Tupperbowl/mix | M |

| # | Article | Disp. |
|---|---|---|
| | Dental floss | |
| 2 | Dentures | |
| | Deodorant | M |
| | Hair oil | |
| | Noxzema | |
| | Powder | |
| 1 | Razor bag | M |
| | Razor blades | |
| | Shampoo | M |
| | Shaving lotion | M |
| | Skin lotion | M |
| | Soap | M |
| | Soap dish | M |
| | Toothbrush | M |
| | Toothpaste | M |
| 1 | Gene/catout | M |
| 6 | finger | M |
| 4 | B D | M |
| 1 | B T-S shoes | M |
| 1 | B-Tie | M |
| 1 | Prox Conn Receipt | M |

**c. Hobbycrafts**

| # | Article | Disp. |
|---|---|---|
| | | |

**d. Food/Tobacco Items**

| # | Article | Disp. |
|---|---|---|
| | Canned tobacco | |
| | Chewing tobacco | |
| | Cigarettes | |
| | Cigars, snuff | |
| | Coffeemate | |
| | Cold drink mix, soda | |
| | Fruit | |
| | Honey, Hi-protein | |
| | Instant chocolate | |
| 3 | Instant coffee | M |
| | Instant tea | |
| | Pipe cleaner/filters | |
| 3 | Pipes rice | M |
| | | |

**e. Miscellaneous** (List any damaged property and from where it was received; e.g., U.S. Marshal)

8. Items Alleged by Inmate to Have Value Over $100.00
**Description of Property**                                      **Value Alleged by Inmate**

[✓] No individual item over $100.00

9. Article(s) Listed as "Mail" (M) Are to be Forwarded to (Name and Address of Consignee):

10. Claim Release: a. The receiving officer, as soon after receipt of the property as possible, will review the inventory with the inmate to verify its accuracy. Property that is stored, kept in possession of the inmate, mailed out of the institution, or donated is to be marked in the appropriate section of this inventory form. The receiving officer certifies receipt, review and disposition of the property by signing below. The inmate by signing below certifies the accuracy of the inventory, except as noted on the form, relinquishing all claim to articles listed as donated, receipt of all allowable items, and receipt of a copy of the inventory. When the inmate claims a discrepancy in the inventory, the receiving officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Receiving Officer: _N. Marshall_    Date: _7-23-07_ Time: _915_

I have today reviewed the property returned to me. Signature of Inmate: _Johnny Autry_ Reg. No. _21652-056_ Date: _7-23-07_ Time: _916_

b. Upon release of the inmate from the unit, detention, etc., the releasing officer is to give the inmate that property stored as a result of the inmate's housing. The inmate certifies release of the property, except as noted on this form, and receipt of a copy of the inventory by signing below. When the inmate claims a discrepancy in the inventory, the releasing officer shall attempt to resolve that discrepancy. If the inmate states that there is missing or damaged property, this information should be noted under Comments.
Comments

Printed Name/Signature of Releasing Officer: _____    Date: _____ Time: _____

I have today reviewed the property returned to me. Signature of Inmate _____ Reg. No.: _____ Date: _____ Time: _____

Original — Inmate's Central File; CC: Inmate, R & D, Special Housing

USP LVN                          Previous editions not usable

BP-383(58)
October 1982

# Exhibit

# E



**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons
Mid - Atlantic Region

---

Butner Legal Center
P.O. Box 1600
Butner, North Carolina 27509

January 24, 2008

Johnny Autry
Register No. 21652-056
USP Tuscon
P.O. Box 24550
Tuscon, AZ 85734

Re:    Tort Claim Number TRT-MXR-2007-05133

Dear Mr. Autry:

The above-referenced administrative claim filed under the Federal Tort Claims Act, 28 U.S.C. § 2671, *et seq.*, has been considered for settlement. You claim government liability in the amount of $3,100.56 for the alleged loss of property during your incarceration at FCI Butner II.

The investigation into your claim shows that your property was inventoried upon your being admitted to the SHU on March 29, 2007. The BP-383 you provided seems to indicate that your property was allegedly stored in bins 70, 71, 72, and 73, and that bins 72 and 73 were missing. However, the SHU Property Officer did not write these numbers, nor did he circle the numbers 72 or 73 and write that they were missing. Your property was placed in bins 70 and 71 in the property storage room. At the time you were placed in the SHU, bin number 73 was already being used to store another inmate's property, and yours would not have been placed in that bin also. In addition, bin number 72 was used to store yet another inmate's property several days after you arrived in the SHU. Bin 72 would not have been used for the other inmate's property had your property already been stored in it. There is no additional indication on your BP-383 that any of your property was missing when you were released from the SHU. Moreover, the Federal Tort Claims Act only provides compensation for loss of property resulting from the negligence, omission, or wrongful act of Bureau of Prisons employees acting within the scope of their employment. Here, there is no evidence that any act or omission of staff contributed to any alleged loss that you may have suffered. Accordingly, this claim is denied.

If you are dissatisfied with this determination, you may file suit in an appropriate United States District Court not later than six (6) months after the date of mailing of this notification.

Sincerely,

Christina Thompson for

Michelle T. Fuseyamore
Regional Counsel

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

08-605
RCL

## I (a) PLAINTIFFS

Johnny M. Autry Jr. 88888

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PL)

## DEFENDANTS

USA, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 21652-056

Case: 1:08-cv-00605
Assigned To : Lamberth, Royce
Assign. Date : 4/9/2008
Description: Pro Se Gen. Civil

JURY ACTION

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

☒ 2 U.S. Government Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Immigration**
☐ 462 Naturalization Application
☐ 463 Habeas Corpus- Alien Detainee
☐ 465 Other Immigration Actions

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant

☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.

☐ 460 Deportation
☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☐ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☐   ACTION UNDER F.R.C.P. 23     **DEMAND $** 0     Check YES only if demanded in complaint     **JURY DEMAND:** ☒ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☒ NO     If yes, please complete related case form.

**DATE** 4/9/08     **SIGNATURE OF ATTORNEY OF RECORD** NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd