Clerks Office                                                                 5/8/08
    Att: Nancy Mayer Whittington - Clerk
    Case Filed Civil Claim # 0800605 RCL

    As of today I'm being placed in transient to be transfered to another Federal Facility. I'll be in transient status there abouts a period of 2 months time before arriving at designated Facility. This being the case I ask that any notification from your Office or courts concerning the case filed in your honorable courts Civil Claim # 0800605 RCL to be sent to the following address which is my mothers, whom I'll be in constant contact during transient movement! I appreciate your attention and concerns with this matter.

                                            Respectfully
                                            Johnny M. Autry
                                            24652-056

c/o Shelby Torres
P.O. Box 1045
Four Oaks, NC
      27524

**RECEIVED**
MAY 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**RECEIVED**
MAY 12 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I would like to request a receipt of amount payed toward the Filing Fee and also ask if a court date will be set once a certain amount of the Filing Fee is payed or does the entire cost have to be payed in full?
                                      Thank You