UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY M. AUTRY, JR.,<br>Reg. #21652-056<br>USP - Tucson<br>P.O. Box 24550<br>Tucson, AZ 85706<br><br>          Plaintiff<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   and<br><br>BUREAU OF PRISONS,<br><br>          Defendants. | Civil Action No.: 08-0605 (RCL) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kenneth Adebonojo as counsel for Defendants in the above-captioned case.

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Johnny M. Autry, Jr.,** via U.S. Postage addressed as follows:

**Johnny M. Autry, Jr.**
**Tucson Federal Correctional Institution**
**Inmate Mail/Parcels**
**8901 S. Wilmot Road**
**Tucson, AZ 85706**

/s/
KENNETH ADEBONOJO
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7157
kenneth.adebonojo@usdoj.gov