Case File #: 0800605-RCL

Clerks Office,                                                      5-21-08
Att: Nancy Mayer-Whittington, Clerk

    Just a notice of reminder that I am in transient status at this time and will be for some weeks unknown at this present time. I will contact this office as soon as I arrive at my designated facility, until that time any and all notices or concerns dealing with my Civil action case-file # 0800605-RCL can be sent to "Shelby Torres", my mother who is currently in "Care Of" handling all legal mailing while I'm in transient status. at;

    c/o Shelby Torres
    P.O. Box 1045
    Four Oaks, N.C.
        27524

    Again I would like to Thank You for your time and concern attention in the handling of this matter until further notice.

                Respectfully,

                Johnny M. Autry

                21652-056

RECEIVED
MAY 27 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT