Clerk's Office                                                          6-19-08
   Civil Action # 080605 (RCL)

This is to notify your office that my transfer from Tucson USP has been put on hold for the time being. For this I remain at Tucson USP for another month or so.

Also I would like to ask if you could tell me when it looks like this case might be held in court?

And will I be "writted" for this to be heard as requested in my filings?

Your time and prompt attention is appreciated. I await your response.

Johnny Autry
21652-056

**RECEIVED**

JUN 2 5 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Received
Mail Room
JUN 25 2008
Nancy Mayer Whittington
US District Court,

Johnny M. Autry 2652-056
Tucson USP
PO Box 24550
Tucson, AZ 85734

Legal Mail

TUCSON AZ 857

THIS CORRESPONDENCE IS FROM
AN INMATE IN CUSTODY OF THE
BUREAU OF PRISONS

Att: Nancy Mayer Whittington
Clerk of Courts
United States District Court
For the District of Columbia
333 Constitution Ave., N.W.
Washington, DC 20001

Received
Mail Room
JUN 25 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

20001+2402