UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY M. AUTRY, JR. )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>**Defendants.** )<br>) | Civil Action No. 08-0605 (RCL)<br>(ECF) |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

The United States of America and Federal Bureau of Prisons ("BOP") (collectively "Defendants"), respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants requests to and including August 7, 2008, to file an answer or otherwise respond to Plaintiff's complaint. There are good reasons to grant Defendants' request.

1.  Plaintiff commenced this action alleging statutory and constitutional claims against Defendants. Defendants answer or other response is due on July 8, 2008.

2.  Defendants are seeking the additional time in order to confer with Agency Counsel and due to the press of business. Specifically, the undersigned is scheduled to commence a trial in the matter of Whitney v. USA, 07-1005 (ESH/JMF) on July 28, 2008. In addition, the undersigned has depositions, briefs, mediation and oral arguments in the coming up soon as well as emergent duty this week.

3.  Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not

apply and the undersigned have not made efforts to contact him regarding this motion.[1]

WHEREFORE, the Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

July 7, 2008                                            Respectfully submitted,


___/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

  /s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

___/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."

## CERTIFICATE OF SERVICE

I certify I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

Johnny M. Autry, Jr.
R# 21652-056
Tucson USP
POB 24550
Tucson, AZ 85734

on this 7th day of July 2008.    /s/_____
                                                    KENNETH ADEBONOJO
                                                    Assistant United States Attorney