Clerk Office,                                                    7-10-08

        Civil Action # 080605 (RCL)

This letter is to inform you that I still remain here in Tucson USP, my transfer to another facility has been void.
I will remain more or less for some time, so this notifies you as to my location here at USP Tucson-Arizona.
I wrote to your office some weeks back asking about the date for which this civil action will be heard in your honorable court, but no response letter have I received!
    I appreciate your time and help concerning this case and info.

    Again I would like to know the round about time frame in which this case will be heard?

                                        Thank You
                                      Johnny M. Autry
                                      21652-056

**RECEIVED**
JUL 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny M. Autry
Tucson USP
PO Box 24550
Tucson, Az
 85734

Legal
Mail

TUCSON AZ 857

11 JUL 2008 PM 1 L



Received
Mail Room Clerk
JUL 1 4 2008
Nancy Mayer W...
...Col

Att: Nancy Mayer Whittington
     Clerk's Office
United States District Court
for the District of Columbia
333 Constitution Ave, N.W.
    Washington, DC
           20001

20001+2802