UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY M. AUTRY, JR. )<br>)<br>**Plaintiff** )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, et al. )<br>)<br>**Defendants.** )<br>) | ) Civil Action No. 08-0605 (RCL)<br>) (ECF) |

### DEFENDANTS' MOTION TO ENLARGE TIME
### TO FILE AN ANSWER OR OTHERWISE RESPOND TO COMPLAINT

The United States of America and Federal Bureau of Prisons ("BOP") (collectively "Defendants"), respectfully request an enlargement of time to file an answer or otherwise respond to the complaint in this case. Defendants requests to and including August 8, 2008, to file an answer or otherwise respond to Plaintiff's complaint. There are good reasons to grant Defendants' request.

1. Defendants answer or other response is due on August 4, 2008.

2. Defendants are seeking this brief extension due to the press of business. Amongst other matters, the undersigned has been embroiled in voluminous discovery in the matter of Brown v. Gonzales, 07-1559, a matter that has generated several boxes of discovery, which the undersigned has had to review for depositions scheduled for last week and this week.

3. Because plaintiff is a prisoner, appearing here *pro se*, Local Rule 7(m) does not apply and the undersigned have not made efforts to contact him regarding this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."

WHEREFORE, Defendants respectfully request that this enlargement be granted. A minute order is respectfully requested.

August 4, 2008                              Respectfully submitted,


\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 \_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_/s/_____
KENNETH ADEBONOJO
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. – Civil Division
Washington, D.C.  20530
(202) 514-7157
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that I caused a copy of the foregoing Defendants' Motion to Enlarge Time to File an Answer or Otherwise Respond to Plaintiff's Complaint to be served by first class mail upon *pro se* plaintiff at:

Johnny M. Autry, Jr.
R# 21652-056
Tucson USP
POB 24550
Tucson, AZ 85734


on this 4th day of August, 2008.  　　__/s/_____
　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　Assistant United States Attorney