Clerks Office                                    8-7-08
            Civil Action # 080605-RCL

        This letter is to inform your office
and the courts that I am no longer
at USP Tucson Arizona. As of 8-8-08
Friday morning I have been transfered
and will be in holding status for 1 to 4 wks
in Oklahoma City Transect center. Please
note that upon my arrival at my
designate facility I will contact this
Office and Courts of my address of
whereabouts.
Note: If any info should need my attention
    until that time, all notices can be
sent to my home address which my
mother will see im notified before hand.

                Johnny M. Autry
        c/o  Shelly Torres
            P.O. Box 1045
            Four Oaks, NC 27524


    I appreciate your time and attention
concerning this matter.
    Again I will contact your office and
Court as soon as I reach my designated
facility with in the next 1 to 4 weeks.

                Thank You,
                Johnny M. Autry
                21652-056

**RECEIVED**

AUG 1 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT