United States District Court
For the District of Columbia

RECEIVED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Johnny M. Autry, Jr.
    Plaintiff

v.

United States Of America, et al.
    Defendants

Civil Action No. 08-0605 (RCL)
(ECF)

Plaintiff's respond to Defendants motion for dismiss or in alternative transfer.

    Plaintiff hereby Refuses to Dismiss this civil action against the Defendants and hereby Agree to have this civil action transfered to the appropriate United States District Court, for what ever district the courts see fit for this civil action case to be heard in.
    Respectfully request and agrees to have civil action case transfered to the (District of Illinois).

FCI Greenville
PO Box 5000
Greenville, IL
62246-5000

Johnny M. Autry Jr.
21652-056
8-20-08

United States District Court
For the District of Columbia

Johnny M. Autry Jr.
Plaintiff

v.

United States Of America
Defendants

Civil Action No: 08-0605 (RCL)

Plaintiff's support for denial of dismissal which Defendants have filed for.

1) On March 29, 2007 it plainly shows that the plaintiff (Johnny M. Autry Jr.) was placed in the Special Housing Unit at Butner FCI-2 federal facility, on April 3, 2007 my personal property was inventoried by myself and the SHU's property officer, proof being the BP-383 inmate property form which was signed and dated after inventoring my property by the property officer and myself on April 3, 2007 indicating that all my property was in fact there and accounted for and was being stored in the SHU's property storage room.

On July 6, 2007 the new SHU property officer and the Plaintiff reinventoried my property and at this time property was in fact found missing.

Please Note: On April 3, 2007 the property officer neglected to do his job correctly by FBOP policy, the fact being the property officer failed to file

The original and 2 other copies of the 4 page BP 383 inmate property form which instructions are printed at bottom of BP 383 on where all copies are to be filed. This causing the fact of remaining copies of BP 383 to be lost.

Remaining proof of my property being stored in SHU's property storage is (1) Logged in property room log book by property Officer on April 3, 2007. (2) Inmate's copy of the BP 383 inmate property form given to me on April 3, 2007 showing the inventory of my property being stored in SHU's property room.

2) This shows without a reasonable doubt that the property Officer (Officer Harden) who inventoried and allegedly stored my personal property on April 3, 2007 first did not follow his jobs duty by FBOP's policy which does in fact prove neglect action on the Officers behalf.

Most importantly in the denial response I received by the Mid-Atlantic Regional Counsel's Office advised me if I wished to further pursue this I was to File action against the United States in an appropriate United States District Court within six months of the date of their denial response.

This I done do to the dissatisfied response I was given when all I ask was to be compensated for the personal property which I had bought from the FBOP's commissary, which was in fact inventoried and stored by FBOP's employee and was in fact

misplaced or lost by FBOP's employee during this time.

I have a right to ask for and receive a fair trial by a jury, for which I ask only to be compensated the $3,100.56 for the personal property for which to to a FBOP employee was infect misplaced and/or lost.

I ask that the courts take this into consideration and not grant the dismissal for which the Defendants have filed for nor grant the denial of the jury trial inwhich I'm in totaled to have.

I do however agree to have this civil action transfered if this court sees fit to the (District of Illinois,) "United States District Court." This being the District where I've been transfered for incarceration.

Respectfully,

Johnny M. Autry Jr.
21652-056
8-20-08

FCI Greenville
PO Box 5000
Greenville, IL
62246-5000