RECEIVED
AUG 2 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Clerks Office
Att: Nancy Meyer

8-19-08

Civil Action # 080605-RCL

This notice is to inform your office and the Courts that I have reached my permanent designated facility.

I'm now in "FCI Greenville Illinois" where I will be spending my sentence.

Please note for the courts and for the Attorney of the FBOP of my new residence here in "FCI Greenville Illinois."

Thank you for your time with this matter and please inform me of the lastest status on my civil action!?

\* New Facility Address \*

FCI Greenville
P.O. Box 5000
Greenville, IL
    62246-5000

Respectfully,
Johnny M. Autry
21652-056