UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHNNY M. AUTRY, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0605 (RCL) |
| ) | |
| UNITED STATES OF AMERICA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

FILED

SEP - 3 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**TRANSFER ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' motion to dismiss [Dkt. #14] is DENIED WITHOUT PREJUDICE, and that its motion to transfer [Dkt. #14] is GRANTED. It is further

ORDERED that this civil action is TRANSFERRED to the United States District Court for the Southern District of Illinois.

SO ORDERED.

ROYCE C. LAMBERTH
United States District Judge

DATE: 9/3/08